United States Bankruptcy Court
Central District of California

In re:  
Todd Warren Schirmer  
    Debtor

Case No. 17-11690-DS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-9      User: jmcnabbC      Page 1 of 1      Date Rcvd: Sep 20, 2017  
                         Form ID: van197     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.
```
db             +Todd Warren Schirmer,    305 3RD ST,    Solvang, CA 93463-2723
aty            +Scott Kosner,    Law Office of Tyson Takeuchi,    1055 Wilshire Blvd,    Suite 850,
                 Los Angeles, CA 90017-2467
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:
```
              Elizabeth (ND) F Rojas (TR)    cacb_ecf_nd@ch13wla.com
              Scott   Kosner    on behalf of Debtor Todd Warren Schirmer tyson@tysonfirm.com
              United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

**United States Bankruptcy Court**
**Central District of California**

| In re:<br>Todd Warren Schirmer | CASE NO.: 9:17–bk–11690–DS |
|---|---|
| | DATE OF FILING: 9/20/17 |
| | CHAPTER.: 13 |

# NOTICE OF DISMISSAL OF CASE IF REQUIRED
# DOCUMENTS ARE NOT FILED OR SIGNED

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on the above date through the Case Management/Electronic Case Filing (CM/ECF) system without the following document(s) and/or information as required by FRBP 1007 and LBRs 1002–1 and 1007–1(a):

- ☑ Statement About Your Social Security Numbers (Official Form 121) (Individual debtors only) [FRBP 1007(f); LBR 1002–1]
- ☐ Debtor's federal Employer Identification Number (EIN) (Full EIN required for Non–Individuals) (Official Form 201)
- ☐ Signature of Attorney on Petition (Official Form 101 or 201) [FRBP 9011]
- ☑ Electronic Filing Declaration (Individual or Corporation/Partnership)(only for electronically–filed petitions) [LBR 1006–1(h)] (LBR Form F1002–1)
- ☐ For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 104), or Chapter 11 or 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 204) [FRBP 1007(d); LBR 1002–1]
- ☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec) – Declaration (Signed)
- ☐ Declaration Under Penalty of Perjury for Non–Individual Debtors (Official Form 202) – Declaration (Signed)
- ☐ Verification of Master Mailing List of Creditors (Signed) [LBR 1007–1(a)] (LBR Form F1007–1)
- ☐ Master Mailing List of Creditors which must include the name, mailing address, and zip code of each creditor listed in Schedules D, and E/F [FRBP 1007; LBR1007–1(a)] (via paper filing or electronically filed in PDF format)
- ☐ Master Mailing List of Creditors must be uploaded in CM/ECF in text (.txt) format in accordance with the Court Manual
- ☐ Debtor's physical street address must be provided in addition to any post office box address (Official Form 101 or 201)[LBR 1002–1(a)]
- ☐ Other *(Specify):*

**NOTICE IS GIVEN** that the debtor and/or debtor's attorney must submit the above stated documents and/or information within 72 hours from the date of this notice or the case will be dismissed without further notice by the Court.

Dated: September 20, 2017

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form van–197 – ndcrnf) Rev 04/2017                                         **3 / JMC**