United States Bankruptcy Court
Central District of California

In re:  
Todd Warren Schirmer  
    Debtor

Case No. 17-11690-DS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-9        User: admin        Page 1 of 1        Date Rcvd: Jun 26, 2018  
                      Form ID: pdf042   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.  
db         +Todd Warren Schirmer,   305 3RD ST,   Solvang, CA 93463-2723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:

        Elizabeth (ND) F Rojas (TR)   cacb_ecf_nd@ch13wla.com  
        Merdaud Jafarnia   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL3, Asset-Backed Certificates, Series 2005-WL3 bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com  
        Nancy L Lee   on behalf of Interested Party   Courtesy NEF bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com  
        Nancy L Lee   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL3, Asset-Backed Certificates, Series 2005-WL3 bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com  
        Rafael R Garcia-Salgado   on behalf of Creditor   Trinity Financial Services, LLC rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com  
        Rafael R Garcia-Salgado   on behalf of Creditor   Special Default Services, Inc. rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com  
        Richard J Reynolds   on behalf of Creditor   Special Default Services, Inc. rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com  
        Richard J Reynolds   on behalf of Creditor   Trinity Financial Services, LLC rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com  
        Scott Kosner   on behalf of Debtor Todd Warren Schirmer tyson@tysonfirm.com  
        United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov  
                                                                                                          TOTAL: 10

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Scott Kosner, (SBN 172379)<br>Tyson M. Takeuchi (SBN 177419)<br>Law Offices of Tyson M. Takeuchi<br>1055 Wilshire Blvd., Ste. 850<br>Los Angeles, CA  90017<br>Tel: (213) 637-1566<br>Fax: (888) 977-6310<br>Email: scottk@tysonfirm.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Todd Warren Schirmer | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 26 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** rust        **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA-NORTHERN DIVISION**

| In re:<br><br>Todd Warren Schirmer,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 9:17-bk-11690-DS<br>CHAPTER 13<br><br>**ORDER   ☒ GRANTING   ☐ DENYING**<br>**DEBTOR'S MOTION TO AVOID JUNIOR LIEN**<br>**ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: April 26, 2018<br>TIME: 10:00 a.m.<br>COURTROOM: 201<br>ADDRESS: United States Bankruptcy Court<br>     1415 State Street<br>     Santa Barbara, California 93101 |
|---|---|

**Creditor Holding Junior Lien** *(name)*: Trinity Financial Services, LLC

1. The Motion was:     ☐ Opposed     ☒ Unopposed     ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) (Subject Liens) encumbering the real property (Collateral) described in the Motion, which is the principal residence of Debtor.

3.     ☒   Motion granted as set forth in the **Attachment** to this order.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                     Page 1                                     **F 4003-2.4.JR.LIEN.ORDER**

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

   a. ☐ Based upon the findings and conclusions made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☐ Lack of evidence supporting motion

5. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

###

Date: June 26, 2018

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    F 4003-2.4.JR.LIEN.ORDER

# ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 506: VALUATION/LIEN AVOIDANCE)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** Trinity Financial Services, LLC.

2. **Subject Lien:** Date (*specify*): July 1, 20105 and place (*specify*): County of Santa Barbara.
   of recordation of lien; Recorder's instrument number and/or document recording number: 2005-0062335.

3. **Collateral:**
   a.       Real property (street address, legal description or map/book/page number, including county of recording): 305 Third Street, Solvang, CA 93463.   Real property in the City of Solvang, County of Santa Barbara, State of California, described as follows:

   PARCEL A OF PARCEL MAP NO. 11,576, IN THE CITY OF SOLVANG, COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP FILED IN BOOK 11, PAGE 16 OF PARCEL MAP, IN THE OFFICE OF THE COUNTY RECORDER OF SANTA BARBARA COUNTY.

   EXCEPTING THEREFROM ALL OIL, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES INCLUDING NATURAL GAS IN AND UNDER SAID LAND.

   APN: 139-200-48
   , . ☐ See attached page.
   b.   Other collateral: _____. ☐ See attached page.

4. **Secured Claim Amount Determination**
   a. Value of Collateral: ……………………………………………………………………  $640,000.00
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
       (1) First lien: ……………………………………….. ($770,422.51)
       (2) Second lien: ……………………………………… ($_____)
       (3) Third lien: ……………………………………… ($_____)
       (4) Additional senior liens (*attach list*): ………………… ($_____)
       Subtotal: ……………………………………………………………………… ($770,422.51)
   c.   Secured Claim Amount (negative results should be listed as -$0-):       $-0-

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims in Class 5A of the Plan.

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows.  The effective date of avoidance of the Subject Lien (Lien Avoidance Effective Date) will be upon:
   ☒ completion of the Chapter 13 Plan, or ☐ receipt of a Chapter 13 discharge in this case.

6. **Retention of lien until avoidance:** The Creditor Lienholder will retain the Subject Lien for the full amount due under the corresponding note and deed of trust, mortgage or lien if the Debtor's chapter 13 case is dismissed or converted to any other chapter under the Bankruptcy Code, or if the Collateral is sold or refinanced, prior to the Lien Avoidance Effective Date.

7. **Retention of rights upon foreclosure of other lien:**  In the event that the holder of any other lien on the Collateral forecloses on its interest and extinguishes the Creditor Lienholder/Servicer's lien rights prior to the Lien Avoidance Effective Date, the Creditor Lienholder's lien shall attach to any proceeds greater than necessary to pay the senior lien(s) from the foreclosure sale.

☐ See attached page(s) for more liens/provisions.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                               Page 3                        **F 4003-2.4.JR.LIEN.ORDER**