**Elizabeth F. Rojas**
**Chapter 13 Trustee**
**15260 Ventura Blvd., Suite 710**
**Sherman Oaks, CA  91403**
**Tel:   (818) 933-5700**
**Fax:  (818) 933-5755**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

IN RE:

TODD WARREN SCHIRMER

Debtor(s)

Case No.: 9:17-bk-11690-RC

Chapter 13

**DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S NOTICE OF INTENT TO FILE CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT AND TO REQUEST FOR DISCHARGE OF DEBTOR(S)**

On October 16, 2023, this office served upon the interested parties "NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE."  This office has not yet received any objection(s) to the Trustee's Final Report Account within the time period permitted by Rule 5009, or at all.

The Debtor(s) having completed payments under the terms of the confirmed plan and no part interest having objected to the NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE," I request that the Debtor(s) be granted discharge pursuant to 11 U.S.C. § 1328.

I declare under penalty of perjury that I am the duly appointed qualified and acting Chapter 1 Trustee and tha tthe foregoing is true and correct.  Executed at Sherman Oaks, CA, on November 28 2023.

/s/ Elizabeth F. Rojas
Elizabeth F. Rojas, Chapter 13 Trustee

[Rev. 2017-08-30 ML]